# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
11 NOV 17 PM 12: 21
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JOSE MARTIN BARRAGAN-LOPEZ (2),<br><br>                Defendant. | CASE NO. 11CR2656-WQH<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

_X_ the Court has granted the Defendant's Oral Rule 29 Motion.

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

Count 1: 21:952 and 960; 18:2 - Importation of Cocaine; Aiding and Abetting

Count 2: 21:952 and 960; 18:2 - Importation of Methamphetamine; Aiding and Abetting

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 17, 2011

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE